1  PHILLIP A. TALBERT
United States Attorney
2  JEFFREY A. SPIVAK
Assistant United States Attorney
3  MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4  Fresno, California 93721
Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
UNITED STATES OF AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:24-po-00140-SAB

12              Plaintiff,               [Citation # E1762333 – CA/51]

13  v.
                                         MOTION AND ORDER FOR DISMISSAL
14  LARRY D. HUMPHREY

15              Defendant.

16

17

18        The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19  Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:24-po-00140-

20  SAB [Citation # E1762333 – CA/51] against LARRY D. HUMPHREY, without prejudice, in the

21  interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22  DATED: November 7, 2024              Respectfully submitted,

23                                        PHILLIP A. TALBERT
                                          United States Attorney
24
                                   By:    /s/ Jeffrey A. Spivak
25                                        JEFFREY A. SPIVAK
                                          Assistant United States Attorney
26

27

28

                                             1

1
2
3

**O R D E R**

4

IT IS HEREBY ORDERED that Case No. 1:24-po-00140-SAB [Citation # E1762333 – CA/51]

5

against LARRY D. HUMPHREY be dismissed, without prejudice, in the interest of justice.

6
7

IT IS SO ORDERED.

8

Dated:   **November 7, 2024**

9

STANLEY A. BOONE
United States Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

U.S. v. Humphrey
Case No. 1:24-po-00140-SAB